September 24, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT  LOUIS  MARTIN, Appellant

NO. 14-14-00730-CV                              V.

THE STATE OF TEXAS, Appellee

_____

This cause, an appeal from the order signed on September 5, 2014, was heard on the transcript of the record. We have inspected the record and find error in the order.  We therefore order the order of the court below **REVERSED** and **RENDER** an order denying the request by appellee, The State of Texas, for renewal of the prior order for inpatient mental health services.  We further order this decision certified below for observance.